49 F.3d 606
 Hong XUN, Petitioner-Appellant,
v.
Daniel VASQUEZ, Respondent-Appellee.
 No. 92-16943.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Nov. 17, 1994.
Decided March 20, 1995.
 
 Appeal from the United States District Court for the Northern District of California; Thelton E. Henderson, Judge.
 
 
 1
 Before: ALARCON and HALL, Circuit Judges, and KING*, District Judge.
 
 ORDER
 
 2
 Appellant's unopposed motion to dismiss this appeal is hereby granted. This appeal is DISMISSED. Each party shall bear its own costs.
 
 
 
 *
 The Honorable Samuel P. King, Senior United States District Judge for the District of Hawaii, sitting by designation